IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AJA N., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UPPER MERION AREA SCHOOL DISTRICT | : | |
| | : | NO. 21-4234 |

## ORDER

**AND NOW**, this 16th day of August, 2022, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record (Docket No. 37) and Defendant's Motion for Judgment on the Administrative Record (Docket No. 18), **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' Motion is **GRANTED** in full and Defendant's Motion is **DENIED** in full.

2. Judgment is **ENTERED** in favor of Plaintiffs and against Defendant on Counts I and II of the Complaint.

3. Pursuant to the Individuals with Disabilities Education Act, Plaintiffs are granted leave to submit an application for attorneys' fees and costs by September 15, 2022. Defendant is granted leave to submit a response to Plaintiffs' application by October 5, 2022.

BY THE COURT:

s/ John R. Padova

_____
John R. Padova, J.